# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2018

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  Gerald E. Vallejos
            v. Lovelace Medical Center, et al.
            No. 18-57
            (Your No. 17-2090)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on November 21, 2017 and placed on the docket July 10, 2018 as No. 18-57.

                               Sincerely,

                               **Scott S. Harris**, Clerk

                               by

                               Jacob A. Levitan
                               Case Analyst